
FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 09-292-DSF |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| ADRIAN EVANS, | |
| Defendant. | |

I.

On March 6, 2019, Defendant made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued on December 24, 2018. Deputy Federal Public Defender Carel Ale was appointed to represent Defendant. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ unverified background information, lack of surety, allegations in the petition. Defendant is currently serving a state sentence.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition involve possession of a firearm
☒ prior criminal record includes revocation of supervised release

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 6, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE